JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUANITA FLORES,

               Plaintiff,

vs.

OMNI HOTELS MANAGEMENT
CORPORATION;
and DOES 1 to 75, inclusive.

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No:  5:21-cv-01456 MCS (KKx)

**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT (ECF No. 12)**

    The Court, having reviewed the parties' stipulation to remand this matter to state court and for good cause appearing due to the admitted absence of an amount in controversy sufficient to satisfy diversity jurisdiction, orders as follows:

    1.    The Parties' stipulation is approved.

    ///

    ///

2.      Central District of California case number 5:21-cv-1456 MCS (KKx), styled JUANITA FLORES V. OMNI HOTELS MANAGEMENT CORPORATION is hereby remanded to Riverside County Superior Court. (Riverside County Superior Court (Case No. CVPS2102754).

IT IS SO ORDERED.

Dated: October 14, 2021

Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING STIPULATION TO REMAND CASE**